IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STANLEY N TAVORN,

    Plaintiff,

v.          CASE NO. 4:10-cv-00225-RH -GRJ

S BEARDEN, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate of the Florida penal system proceeding *pro se*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). He also seeks to proceed *in forma pauperis*. (Doc. 2).

The Prison Litigation Reform Act of 1995 (PLRA), which was enacted on April 26, 1996, provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has had two prior prisoner actions dismissed in the Middle and Southern Districts of Florida on the grounds that they failed to state a claim, and he has had one appeal dismissed as frivolous. The cases previously dismissed for failure to state a claim are: Middle District case no. 2:06cv363-UA-SPC and Southern District case

no.1:06cv20485-DLG. Further, in case No. 2:03cv14292-DLG, the Eleventh Circuit dismissed the appeal as frivolous.

The instant complaint alleges that personal property, including unspecified legal materials, were confiscated when Plaintiff arrived at Madison CI, as well as a variety of other complaints, none of which involves the "imminent danger" exception.

Because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, his request to proceed *in forma pauperis* should be denied and this action should be dismissed. The dismissal should be without prejudice to Plaintiff's right to file a complaint with the full $350.00 filing fee.

In light of the foregoing, it is respectfully **RECOMMENDED**

That Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be **DENIED** and that this cause be **DISMISSED WITHOUT PREJUDICE.**

At Gainesville, Florida, this 28th day of October, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**