# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

STANLEY N. TAVORN,

    Plaintiff,

v.  CASE NO. 4:10cv225-RH/GRJ

S. BEARDEN et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is DENIED. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on December 1, 2010.

                                  s/Robert L. Hinkle
                                  United States District Judge